KAHN v. CINCINNATI ET AL.

SIDEWALK ASSESSMENTS LEVIED AGAINST SUBSEQUENT PURCHASERS.
  Notice to build sidewalks having been served on an abutting owner, and the walk constructed by the municipality, the assessment may be levied against a subsequent purchaser.

**Moses Ruskin,** for plaintiff.

**Fyffe Chambers,** for defendant.

**GIFFEN, J.**

When a resolution to construct a sidewalk in a municipal corporation is duly passed, and notice thereof is duly served upon the owner

Hamilton County.

of an abutting lot, who fails to comply with such notice, and afterwards sells and conveys the lot, the corporation may nevertheless proceed, within a reasonable time, to make such improvement and assess the expense thereof upon such lot in the name of the subsequent purchaser, who must be held to have constructive notice at least.

**Swing** and **Smith, JJ.,** concur.